UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION
www.flmb.uscourts.gov

IN RE:                                              CASE NO.: 6:19-bk-02294-LVV

Francisco Juan Gomez
Rosina Gomez                                        CHAPTER 13

Debtor(s).
_____/

**DEBTORS' MOTION TO SELL EXEMPT REAL PROPERTY**
(Re: 750 Park Manor Dr. Orlando, FL 32825)

**NOTICE OF OPPORTUNITY TO
OBJECT AND REQUEST FOR HEARING**

If you object to the relief requested in this paper you must file a response with the Clerk of Court at 400 W. Washington Street, Suite 5100, Orlando, FL 32801 within 21 days from the date of the attached proof of service, plus an additional three days if this paper was served on any party by U.S. Mail.

If you file and serve a response within the time permitted, the Court will either notify you of a hearing date or the Court will consider the response and grant or deny the relief requested in this paper without a hearing. If you do not file a response within the time permitted, the Court will consider that you do not oppose the relief requested in the paper, and the Court may grant or deny the relief requested without further notice or hearing.

You should read these papers carefully and discuss them with your attorney if you have one. If the paper is an objection to your claim in this bankruptcy case, your claim may be reduced, modified, or eliminated if you do not timely file and serve a response.

COMES NOW the Debtors, Francisco Juan Gomez and Rosina Gomez, by and through the undersigned attorney, and file this Motion to Sell Real Property and in support thereof states the following:

1. The Debtors filed his Petition under Title 11, Chapter 13 of the United States Code on April 08, 2019.

2. On Schedule A, the Debtor listed the following real property located in Orange County, Florida ("the Property")

750 Park Manor Dr. Orlando, FL 32825 a/k/a
**Lot 66, in Park Manor Estates, Section 9, according to the Plat thereof, as recorded in Plat Book 3, at Page 67, of the Public Records of Orange County, Florida.**
The Property is the Debtors' residence.

3. The Plan reflects the Debtors' intention was to maintain their interest on their homestead property.

4. The Debtors wish to pursue a "traditional sale" of the property (the "Property").

5. The Debtors have employed Millennium Homes Realty, LLC to assist them with the traditional sale of the property.

6. A Copy of the "AS IS" Residential Contract for Sale and Purchase showing the purchase price of the property is attached as Exhibit "A" and incorporated into this motion to sell.

7. The Debtors have a tentative closing date on the sale of this property for January 31, 2022.

8. The Debtors understand that a traditional sale transaction is subject to approval by the mortgage lien holder(s).

9. The Property is of no value to the estate because the value of the Property is exempt; therefore, a sale of the Property will not prejudice the Debtors' estate.

10. The Debtors intend to use the proceeds of the sale of their exempt homestead property to purchase a new homestead.

**WHEREFORE,** the Debtors request the entry of an Order Approving Motion to Sell Exempt Real Property and granting general permission to do a traditional sale of the property.

### CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true copy of the foregoing has been by either electronic transmission or U.S. Mail this 10th day of January, 2022 to: Laurie K. Weatherford, Trustee,

through Electronic Case Filing; Francisco Juan Gomez and Rosina Gomez, 750 Park Manor Dr, Orlando, FL 32825; and all parties listed on the attached creditor mailing matrix.

/s/ WALTER F. BENENATI
Walter F. Benenati
Florida Bar No. 46679
Law Offices of Walter F. Benenati
Credit Attorney, P.A.
2702 East Robinson Street
Orlando, Florida 32801
(407) 777-7777
(407) 236-7667
Email: wfb@wfblawfirm.com
***Attorney for Debtor(s)***