## UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF FLORIDA
## ORLANDO DIVISION

In re:  CASE NO: 6:19-bk-02294-LVV
CHAPTER 13
FRANCISCO JUAN GOMEZ AND ROSINA GOMEZ,

    Debtor(s).
_____/

## WELLS FARGO BANK, N.A.'S
## RESPONSE TO DEBTORS' MOTION TO SELL

Wells Fargo Bank, N.A., its successors and/or assigns ("Secured Creditor"), by and through its undersigned counsel, responds in conditional consent to the Motion to Sell [ECF NO. 56] ("Motion to Sell") filed on January 10, 2022 and states as follows:

1. On April 8, 2019, the Debtors ("Debtor" as used herein shall include both Debtors in a joint case), filed a voluntary petition pursuant to Chapter 13 of the Bankruptcy Code.

2. Secured Creditor holds a security interest in the Debtor's real property located at 750 Park Manor Dr., Orlando, FL 32825 (the "Property"), which is legally described as:

    HAVING A TAX IDENTIFICATION NUMBER OF 31-22-29-6686-00-660A PARCEL OF LAND LOCATED IN THE CITY OF ORLANDO, COUNTY OF ORANGE, STATE OF FLORIDA, AND KNOWN AS: BEING LOT NUMBER LOT: 66 IN PARK MANOR ESTATES SEC 09 AS SHOWN IN THE RECORDED PLAT/MAP THEREOF IN 3-67 OF ORANGE COUNTY RECORDS.
    31-22-29-6686-00-660 750 PARK MANOR DR; ORLANDO, FL 32825-6842

3. Further, and more specifically, Secured Creditor holds an interest in the Property by virtue of that certain mortgage, executed by the Debtor and properly recorded on February 14, 2007, in the Official Records of Orange County, Florida at Book 09114 Page 1522.

4. In the Motion to Sell, the Debtor is requesting to fully pay off Secured Creditor's lien.

5. Secured Creditor does not necessarily oppose the granting of the Motion to Sell, but respectfully requests that: (a) any order provide that Secured Creditor will be paid in full subject to a proper payoff; (b) alternatively, that the Debtor's sale of the Property be explicitly conditioned on obtaining Secured Creditor's written consent to the "Short Sale" at or prior to closing; (c) that all proceeds from the sale (if consented to by Secured Creditor), less realtor fees and typical and customary closing costs, shall attach to Secured Creditor's lien at the time of the sale and shall not become property of the Debtor's bankruptcy estate nor be subject to distribution by the trustee; and (d) the sale closing and receipt of funds should be within 90 days from the date of the order.

6. Absent the aforementioned conditions, Secured Creditor does not consent to the sale of the Property for an amount that is less than the entire amount of its lien. Secured Creditor avers that, pursuant to § 363(f), the Debtor may not conduct a "Short Sale" of the Subject Property without Secured Creditor's express consent.

**WHEREFORE**, Secured Creditor respectfully requests that this Honorable Court grant the Motion to Sell under the aforementioned conditions and restrictions or, in the alternative, deny the Debtor's Motion.

BROCK & SCOTT, PLLC
Attorney for Secured Creditor
2001 Northwest 64th Street, Suite 130
Fort Lauderdale, FL 33309
Phone: (954) 618-6955 Ext: 4774
Fax: 954-618-6954
Floridabklegal@Brockandscott.com

/s/ Teresa M. Hair

_____
TERESA M. HAIR, ESQUIRE
Florida Bar No. 44079

**I CERTIFY** that a true copy hereof has been served electronically or via U.S. mail, first-class postage prepaid, to:

>ROSINA GOMEZ
>750 Park Manor Dr.
>Orlando, FL 32825
>
>WALTER F BENENATI
>Walter F Benenati, Credit Attorney PA
>2702 E Robinson Street
>Orlando, FL 32803
>
>Laurie K. Weatherford
>Post Office Box 3450
>Winter Park, FL 32790
>
>United States Trustee - ORL7/13, 7
>Office of the United States Trustee
>400 West Washington Street, Suite 1100
>Orlando, FL 32801

this 19th day of January, 2022.

>BROCK & SCOTT, PLLC
>Attorney for Secured Creditor
>2001 Northwest 64th Street, Suite 130
>Fort Lauderdale, FL 33309
>Phone: (954) 618-6955 Ext: 4774
>Fax: 954-618-6954
>Floridabklegal@Brockandscott.com
>
>/s/ Teresa M. Hair
>_____
>TERESA M. HAIR, ESQUIRE
>Florida Bar No. 44079